ADAMS STERN GUTIERREZ & LATTIBOUDERE, LLC
The Legal Center
1037 Raymond Blvd., Suite 710
Newark, New Jersey 07102
(973) 735-2742
Attorneys for Defendant(s),
Morris Hills Regional Board of Education (improperly
plead as Morris Knolls High School) and L. Luzzi

|  |  |
|---|---|
| DIANNE FISCHER, MICHAEL FISCHER, and DIANNE and MICHAEL FISCHER o/b/o their minor child, N.G.,<br><br>Plaintiff,<br><br>v.<br><br>MORRIS KNOLLS HIGH SCHOOL; L. LUZZI, INDIVIDUALLY AND IN HER OFFIAL CAPACITY AS SCHOOL NURSE OF THE MORRIS KNOLLS HIGH SCHOOL; AND JOHN DOES 1-10,<br><br>Defendant(s). | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action Number: 09-cv-2984 (KSH/PS)<br><br>**COURT ORDER** ON<br><br>*INFORMAL APPLICATION* |

   This matter having been opened to the Court by Adams Stern Gutierrez & Lattiboudere, LLC, attorneys for Defendants Morris Hills Regional Board of Education (improperly plead as Morris Knolls High School) and L. Luzzi, (collectively the "Defendants"), as well as Hyderally and Associates, P.C., attorneys for Plaintiffs Dianne Fischer, Michael Fischer and Dianne and Michael Fischer o/b/o their minor child, N.G., (collectively the "Plaintiffs") and the Court having *after reviewing the contents of plaintiff's letter dated January 26, 2010* considered the positions of the parties, and good cause having been shown:

   **IT IS** on this 27th day of January, 2010,

   **ORDERED** that, no later than February 5, 2010, Dr. Susan Strassberg Neigher, with offices at 1201 Sussex Turnpike, Suite 104-C Randolph, New Jersey, release a complete copy of

the medical/mental health records related to N.G. (date of birth 12/22/1992) to Plaintiffs' counsel in this matter;

**IT IS FURTHER ORDERED** that Plaintiffs' counsel provide a copy of this order to Dr. Neigher and thereafter produce a copy of the records of N.G. to counsel for the Defendants.

By: _____
THE HONORABLE PATTY SHWARTZ, U.S.M.J.

Dated: January 27, 2010